TRINA A. HIGGINS, United States Attorney (#7349)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Michael.Thorpe@usdoj.gov

FILED US District Court-UT
FEB 21 '24 PM 01:20

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL AUSTIN FORD,<br><br>Defendant. | INDICTMENT<br><br>COUNT 1: 18 U.S.C. §§ 844(f)(1) and (f)(2), Arson of a Vehicle of an Organization Receiving Federal Funds;<br><br>COUNT 2: 18 U.S.C. §§ 844(f)(1), Arson of a Vehicle of an Organization Receiving Federal Funds.<br><br>Case: 2:24-cr-00048<br>Assigned To : Sam, David<br>Assign. Date : 2/20/2024<br>Description: USA v. Ford |

The Grand Jury Charges:

## COUNT 1
18 U.S.C. §§ 844(f)(1) and (f)(2)
Arson of a Vehicle of an Organization Receiving Federal Funds

On or about February 24, 2022, in the District of Utah,

MICHAEL AUSTIN FORD,

defendant herein, did maliciously damage and destroy, and attempt to maliciously damage

and destroy, by means of fire, a vehicle possessed and owned by an institution and

organization receiving Federal financial assistance, and created a substantial risk of injury to any person; all in violation of 18 U.S.C. § 844(f)(1) and (f)(2).

### COUNT 2
18 U.S.C. §§ 844(f)(1)
Arson of a Vehicle of an Organization Receiving Federal Funds

On or about April 7, 2023, in the District of Utah,

MICHAEL AUSTIN FORD,

defendant herein, did maliciously damage and destroy, and attempt to maliciously damage and destroy, by means of fire, a vehicle possessed and owned by an institution and organization receiving Federal financial assistance; all in violation of 18 U.S.C. § 844(f)(1).

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

MICHAEL J. THORPE
Assistant United States Attorney

2